PEOPLE v RIVERS

INDICTMENT AND INFORMATION—PRELIMINARY EXAMINATION—GRAND-
JURY INDICTMENTS.

> The trial court did not err in ordering preliminary examination
> of defendants after a grand-jury indictment had been returned
> against the defendants for the same offenses charged in a
> complaint and warrant in view of the decision of the Supreme
> Court of Michigan in *People v Duncan,* 388 Mich 489 (1972).

Appeals from Recorder's Court of Detroit, Robert L. Evans, J. Submitted Division 1 November 14, 1972, at Detroit. (Docket Nos. 13388–13393.) Decided January 17, 1973.

Ronald Rivers, Morris Lee Williams, and Russell Gaines were indicted by a grand jury for narcotic violations. The prosecutor's motion to dismiss previous prosecutions for the same offenses begun by complaint and warrant was denied, and preliminary examinations were ordered. The people appeal by leave granted. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Patricia J. Boyle,* Assistant Prosecuting Attorney, for the people.

---

REFERENCES FOR POINTS IN HEADNOTE

21 Am Jur 2d, Criminal Law §§ 442–451.
41 Am Jur 2d, Indictments and Informations § 227.

*Sura & Malone,* for defendant Ronald Rivers.

*John D. O'Connell,* for defendant Morris Lee Williams.

*Nelson, Gracey & Turner,* for defendant Russell Gaines.

Before: LEVIN, P. J., and V. J. BRENNAN and O'HARA,* JJ.

O'HARA, J. The facts in these appeals are not in dispute. The Wayne County Prosecutor filed a complaint and secured an arrest warrant as to each of the defendants in early March of 1971 for narcotic violations. Each defendant was arrested pursuant to those arrest warrants (Rivers and Williams were arrested on May 4, 1971; Gaines was arrested on May 8, 1971). Each defendant was arraigned on the complaint and warrant (Rivers and Williams on May 5, 1971; Gaines on May 8, 1971). The arraignments on the complaints were assigned Detroit Recorder's Court case Nos. 71-01756, 71-02235, and 71-01832. On May 6, 1971, a Wayne County citizens' grand jury returned indictments as to all three defendants for the same charges set forth in the prior complaint and warrant. Each defendant was arraigned on these indictments (Rivers on May 7, 1971; Williams and Gaines on May 8, 1971). The arraignments on the indictments were assigned Detroit Recorder's Court case Nos. 71-03864, 71-03862, and 71-03861. After each defendant was arraigned on the grand-jury indictment, the prosecuting attorney moved to dismiss the prosecutions begun by complaint and warrant. Judge Evans took the motion under

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

advisement and thereafter issued his opinion and order denying the prosecutor's motion, ordering preliminary examinations, and staying proceedings under indictments. From the order the prosecutor appeals on leave granted.

After Judge Evans' ruling and before the case was argued before us the Supreme Court decided *People v Duncan,* 388 Mich 489 (1972).

On oral argument before us the prosecuting attorney—the appealing party—states to us that *Duncan, supra,* controls.

Affirmed.

All concurred.